# EXHIBIT 2

REFERENCE NO. 6570654-15

# AFFIDAVIT OF CUSTODIAN OF RECORDS

**CUSTODIAN OF RECORDS FOR:**

**Priority Physical Therapy**
**1853 East Maple Road, Troy, MI 48083**

Records Pertain to: **Naha Hamchou**
Date of Birth: **May 30, 1970**
Other Identification: **XXX-XX-8396**
Records being sought: **SEE ATTACHED**

I, _____, being first duly sworn, do hereby certify that I am the Records Custodian of Priority Physical Therapy located at 1853 East Maple Road, Troy, MI 48083.

I have custody of all records of Naha Hamchou. The attached documents are true and complete copies of said records. The attached records are true, accurate and complete duplicates of the acts, events, conditions, opinions, or diagnoses described, made at or near the time of the occurence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. These records were kept in the course of a regularly conducted business activity, and it was regular practice of the business activity to make the records.

_____ I have produced all of the records responsive to the subpoena and/or authorization no records have been withheld or removed.

__X__ The records indicated below have **not** been provided due to the selected reason.

| Records Requested | Never Existed | Destroyed/Purged | Lost | Retention Policy & Other Explanations |
|---|---|---|---|---|
| Medical | X | | | |
| Billing | X | | | |
| X-Rays/Films | X | | | |
| Employment | X | | | |
| Payroll | X | | | |
| Insurance | X | | | |
| Other | | | | |

I hereby declare under penalty of perjury under the laws of the State of Michigan, that the foregoing is true and correct.

Executed on: __7 July 2022__ at: __Palmyra, MD__
                    Date                                           City and State

__Samantha Rhoderick__   SIGNED __Samantha Rhoderick__
Print Name                                      Signature of Custodian of Records

Order#:6570654-15/ABI7_Rec^1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT SOUTHERN DIVISION DISTRICT OF MICHIGAN

| | |
|---|---|
| Naha Hamchou <br> *Plaintiff* <br> v. <br> Luis Garcia and Martinez Produce & Seaf... <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:22-CV-10115-PDB-CI <br> ) <br> ) <br> ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Priority Physical Therapy, 1853 East Maple Road, Troy, MI 48083
Ph: (248) 509-7135

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Continued on Attachment.**

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/15/2022

*CLERK OF COURT*

OR

_____     /S/ Timothy Jordan
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Luis Garcia and Martinez Produce & Seafood, Inc. , who issues or requests this subpoena, are:
Timothy Jordan - 1155 Brewery Park Boulevard, Suite 200, Detroit, MI 48207   Phone: (800) 875-1530
Email:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Order# 6570654-15/CPROOF30^1

## Attachment

Any and all documents, paper, digital, records pertaining to care, treatment and examination, including but not limited to, all office, emergency room, inpatient/outpatient charts, a breakdown of x-ray films, to include MRI's, CAT scans, etc and imaging on cd, any and all records of payment and/or discount regarding any medical billing as well as the bills themselves, billing information, including but not limited to statements, computer printouts, itemized breakdown of all charges, payments, adjustments/write-offs or balance due, and the sources of each, all EOBs from any insurance carrier reflecting any and all credits and adjustments and write-offs to the bills by virtue of any payments and/or contractual agreements/adjustments, including fees, etc. for professional services including Medicare, Medicaid, etc., pertaining to Naha Hamchou, DOB May 30, 1970, with SS# XXX-XX-8396, including all electronic communications from and to the patient, from any and all dates.

Pertaining to **Naha Hamchou, DOB 05/30/1970: SSN: XXX-XX-8396**

Order#-6570654-15/ABIMS1ATT^1