UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAHA HAMCHOU,<br>　　　　　　　Plaintiff,<br>v.<br><br>LUIS GARCIA and MARTINEZ<br>PRODUCE & SEAFOOD, INC.,<br>　　　　　　　Defendants.<br>_____/ | Case No.: 22-10115<br><br>Paul D. Borman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER FOR RESPONSE FROM THIRD PARTY AND DIRECTING
<u>SERVICE OF THIS ORDER</u>**

Defendants Luis Garcia and Martinez Produce & Seafood, Inc., moved to compel non-party Priority Therapy & Rehabilitation, LLC, to comply with their Fed. R. Civ. P. 45 subpoena on September 21, 2022.  (ECF No. 13).  Defendants served their motion on the non-party by U.S. Mail.  (*Id.* at PageID.172).  The non-party did not file a response to the motion.

Non-party Priority Therapy & Rehabilitation, LLC, is **ORDERED** to respond to Defendants' motion on or before **November 1, 2022**.  Failure to timely or adequately respond may result in an order granting the Defendants' motion.

Defendants are **DIRECTED** to serve this Order and a copy of their motion on the non-party on or before **October 18, 2022**, by the means used to serve the initial Rule 45 subpoena.  Defendants must file a certificate of service confirming the attempt at service.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: October 11, 2022          s/Curtis Ivy, Jr.
                                Curtis Ivy, Jr.
                                United States Magistrate Judge